UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21524-UU

JONATHAN NICHOLAS,

    Plaintiff,

v.

FINANCIAL ASSET MANAGEMENT
SYSTEMS, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Notice of Settlement. D.E. 14.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised on the premises. It is hereby

THE PARTIES are hereby notified that all papers related to the settlement reached between the parties, including any order of dismissal stating specific terms and conditions, must be filed by **Friday, July 17, 2020**. If such papers are not filed by this deadline, all pending claims will be dismissed without further notice. Within sixty days of such an order of dismissal, either party may petition the Court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers, Miami, Florida, this _5th_ day of June, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record