## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21524-UU

JONATHAN NICHOLAS,

    Plaintiff,

v.

FINANCIAL ASSET MANAGEMENT
SYSTEMS, INC.,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal. D.E. 17. The Court having considered the pertinent portions of the record and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is DISMISSED WITH PREJUDICE as to all parties and all claims.

DONE AND ORDERED in Chambers, Miami, Florida, this _2d_ day of October, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record